# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| VERNON STRATTON,<br><br>           Plaintiff,<br><br>vs.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>           Defendant. | Case No. 8:16-cv-00245-CJC-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CMRE FINANCIAL SERVICES, INC. WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

    Having considered the parties' Joint Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice, with respect to Defendant CMRE FINANCIAL SERVICES, INC.

    Each party shall bear its own costs and expenses.

DATED: November 16, 2016

                                      Honorable Cormac J. Carney
                                      UNITED STATES DISTRICT JUDGE